# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ROBERT JOHNSON,**

      **Plaintiff,** :

  v.                        **Case No. 2:22-cv-2455**
                                    **Judge Sarah D. Morrison**
                                    **Magistrate Judge Caroline H. Gentry**

**ANNETTE CHAMBERS-SMITH,**
*et. al.*,                        :

      **Defendants.**

## ORDER

      This matter is before the Court on the October 12, 2022 Report and Recommendation issued by the Magistrate Judge. (ECF No. 6.) The Magistrate Judge performed an initial screen of the Complaint pursuant to 28 U.S.C. § 1915(e)(2) and 1915A and recommended that the Court dismiss the Complaint for failure to state a claim upon which relief may be granted with the exception of Plaintiff's Eighth Amendment claims against Defendants Malcom Heard, Mr. Westfall, Craig Cann, Ms. Crain, Michael Reger, Michael Troch, Ms. Cunningham, and Mr. Stout. (*Id.*) The time for filing objections has passed, and no objections have been filed.

      For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation (ECF No. 6). With the exception of Plaintiff's Eighth Amendment claims against Defendants Malcom Heard, Mr. Westfall, Craig Cann, Ms. Crain, Michael Reger, Michael Troch, Ms. Cunningham, and Mr. Stout, the Complaint (ECF No. 5) is **DISMISSED** with prejudice.

      **IT IS SO ORDERED.**

                                                             /s/ Sarah D. Morrison
                                                              **SARAH D. MORRISON**
                                                              **UNITED STATES DISTRICT JUDGE**