# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| ROBERT JOHNSON, | : | Case No. 2:22-cv-02455 |
| Plaintiff, | : | Chief Judge Sarah D. Morrison |
| | : | Magistrate Judge Caroline H. Gentry |
| vs. | : | |
| ANNETTE CHAMBERS-SMITH, *et al.*, | : | |
| Defendants. | : | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter is before the Court on Defendants' Motion to File Motion for Summary Judgment Under Seal. (Doc. No. 74.) Upon consideration, the Court **GRANTS** the Motion at this time. The Clerk of Court is **DIRECTED** to **SEAL** Defendants' Motion for Summary Judgment (Doc. No. 75) and to limit access to it to the parties and Court users until further order of Court.

Defendants' request to file Exhibit F to their Motion for Summary Judgment manually and under seal (Doc. No. 75-6 at PageID 512) is also **GRANTED**. Exhibit F shall be filed manually, separately from the Motion for Summary Judgment, and under seal. Only the parties and Court users shall have access to Exhibit F until further order of Court.

**IT IS SO ORDERED**.

 */s/ Caroline H. Gentry*
 Caroline H. Gentry
 United States Magistrate Judge