UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT JOHNSON,** | : | |
| Plaintiff, | : | Case No. 2:22-cv-2455 |
| v. | : | Chief Judge Sarah D. Morrison |
| **ANNETTE CHAMBERS-SMITH,** *et al.*, | : | Magistrate Judge Caroline H. Gentry |
| Defendants. | : | |

## ORDER

On December 2, 2024, the Magistrate Judge issued a Report and Recommendation recommending that Robert Johnson's case be dismissed for failure to prosecute stemming from his failure to provide a Notice of New Address as ordered by the Court. (ECF No. 83.) The parties were advised of the right to file objections to the Report and Recommendation and of the consequences of failing to do so. No objections have been filed, and the time for filing objections has passed.[1]

For the reasons set forth therein, the Court **ADOPTS** and **AFFIRMS** the Report and Recommendation, except that this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to **TERMINATE** the case from the docket.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] The Report and Recommendation was returned as undeliverable on December 18, 2024. (ECF No. 84.)